IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONI SUE CAIMANO, on behalf of herself and all others similar situated, and<br><br>FRANK LOVALLO, on behalf of himself and all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>H&R BLOCK, HRB DIGITAL LLC, and HRB TAX GROUP, INC.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 23-3272 |

## ORDER

**AND NOW**, this 3rd day of July, 2024, upon consideration of Defendant's Motion to Compel Arbitration (Doc. No. 23), Plaintiff's Response in Opposition (Doc. No. 24), and Defendant's Reply (Doc. No. 26), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion to Compel Arbitration (Doc. No. 23) is **GRANTED.**

2. Plaintiffs are given thirty (30) days from the date of this Order in which to file for arbitration with the American Arbitration Association. If Plaintiffs do not initiate arbitration within that time, the Court will dismiss Plaintiffs' claims against Defendants. If Plaintiffs do file for arbitration, they shall notify the Court that they have done so by filing a letter of record.

3. Plaintiffs and Defendants shall inform the Court by letter of the status of the arbitration proceeding within ninety (90) days of the date of this Order, and every ninety days thereafter.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.