# COHEN, PLACITELLA &ROTH

## LAW OFFICES

A PROFESSIONAL CORPORATION
TWO COMMERCE SQUARE, 2001 MARKET STREET, SUITE 2900
PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500    FAX (215) 567-6019    CPRLAW.COM

Eric S. Pasternack, Esquire
epasternack@cprlaw.com

June 2, 2026

***VIA ECF***
The Honorable Joel H. Slomsky, U.S.D.J.
United States District Cout
Eastern District of Pennsylvania
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

RE:    *Roni Sue Caimano v. HRB Digital, LLC*
       Civil Action No. 2:23-cv-03272

Dear Judge Slomsky:

Pursuant to the direction in your October 9, 2024 Order (ECF No. 33), Plaintiffs and Defendants write to Your Honor to report that the arbitration proceedings that Plaintiff Roni Sue Caimano and Plaintiff Frank LoVallo each commenced with the American Arbitration Association and remain pending at this time.

Thank you for your kind attention to this matter.

Respectfully submitted,

/s/ Eric S. Pasternack
Eric S. Pasternack

Cc: All Counsel of Record (via ECF)

RED BANK, NJ    |    LEMOYNE, PA    |    PITTSBURGH, PA    |    CHERRY HILL, NJ

GCC/IBT 274C